IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **CAROLYN BLEDSOE**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:16-cv-02696-JPM-cgc |
| **AMERICAN INTERCONTINENTAL UNIVERSITY, INC.**, | ) ) Judge Jon Phipps McCalla ) ) |
| Defendant. | ) ) ) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of this action with prejudice, and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/Terance A. Gonsalves* | */s/ Amy L. Bennecoff Ginsburg* |
| Terance A. Gonsalves | Amy L. Bennecoff Ginsburg. Esq. |
| Katten Muchin Rosenman LLP | Kimmel & Silverman, P.C. |
| 525 West Monroe Street | 30 East Butler Pike |
| Chicago, IL 60661-3693 | Ambler, PA 19002 |
| (312) 902-5200 (Phone) | Phone: (215) 540-8888 |
| (312) 902-1061 (Fax) | Email: aginsburg@creditlaw.com |
| terance.gonsalves@kattenlaw.com | Attorney for the Plaintiff |
| *Counsel for Defendant* | |
| Date: March 3, 2017 | Date: March 3, 2017 |

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 3rd day of March, 2017:

>Terance A. Gonsalves, Esq.
>Katten Muchin Rosenman LLP
>525 West Monroe Street
>Chicago, IL 60661-3693
>(312) 902-5200 (Phone)
>(312) 902-1061 (Fax)
>terance.gonsalves@kattenlaw.com

>>*/s/ Amy L. Bennecoff Ginsburg*
>>Amy L. Bennecoff Ginsburg, Esq.
>>Kimmel & Silverman, P.C.
>>30 East Butler Pike
>>Ambler, PA 19002
>>Phone: (215) 540-8888
>>Email: kimmel@creditlaw.com
>>Attorney for the Plaintiff