# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

___

| | | |
|---|---|---|
| **CAROLYN BLEDSOE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:16-cv-02696-JPM-cgc |
| | ) | |
| **AMERICAN INTERCONTINENTAL** | ( | |
| **UNIVERSITY, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

___

## ORDER OF DISMISSAL WITH PREJUDICE
___

This Cause comes before the Court on the parties' Stipulation to Dismiss, filed on March 3, 2017. (ECF No. 19.)  Consistent with the Stipulation, the Court hereby **DISMISSES** this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED,** this 6th day of March, 2017.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

1