# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| **CAROLYN BLEDSOE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 2:16-cv-02696-JPM-cgc |
| | ) |
| **AMERICAN INTERCONTINENTAL** | ) |
| **UNIVERSITY, INC.,** | ) |
| | ) |
| Defendant. | ) |

---

## JUDGMENT
---

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed on August 26, 2016, and the parties having filed a Stipulation to Dismiss (ECF No. 19);

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal with Prejudice (ECF No. 20), all claims by Plaintiff against Defendant are hereby DISMISSED with prejudice.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

March 6, 2017
Date